# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT MCGRAW,<br><br>                                  Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, et al.,<br><br>                                  Defendants. | Case No.  20-cv-954-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**<br><br>[Doc. No. 20] |

Plaintiff Randall Scott McGraw ("Plaintiff") and Defendant Pacifica Ashwood LLC ("Pacifica") jointly move for an extension of time within which Pacifica must answer or otherwise respond to Plaintiff's Complaint.  *See* Doc. No. 20.  The deadline to seek an extension to respond to the Complaint has passed.  *See id.* at 1; *see also* Fed. R. Civ. P. 6(b), 12(a)(1)(A).  The parties did not seek approval from the Court regarding their separate, previous agreement to allow for a two-week extension from July 7, 2020 to July 21, 2020.  *See* Doc. No. 20 at 1; *see also* CivLR 12.1 ("Extensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause.").

However, the Court finds that the parties' initial agreement to extend Pacifica's response deadline constitutes an adequate basis under Rule 6(b) to grant the additional requested extension.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Pacifica answer or otherwise respond to the Complaint on or before **August 3, 2020**.  Any further extension requests should be made pursuant to Rule 6(b)(1)(A) prior to the deadline.

**IT IS SO ORDERED**.

Dated: July 21, 2020

HON. MICHAEL M. ANELLO
United States District Judge