# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT MCGRAW,<br><br>                           Plaintiff,<br>v.<br><br>PACIFICA ASHWOOD LLC,<br><br>                          Defendant. | Case No. 20-cv-954-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 47] |

Randall Scott McGraw ("Plaintiff") and Pacifica Ashwood LLC ("Pacifica") (collectively, "the parties") jointly move for leave to allow Plaintiff to file a First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a)(2). *See* Doc. No. 47. Good cause appearing, the Court **GRANTS** the parties' joint motion. Accordingly, the Court **DIRECTS** the Clerk of Court to file Plaintiff's FAC (Doc. No. 47-1 at 3–16) as a separate docket entry. Pursuant to the parties' motion, Pacifica's Answer to the original Complaint is deemed to be its Answer to the FAC. *See* Doc. No. 47 at 2; *see also KST Data, Inc. v. DXC Tech. Co.*, 980 F.3d 709, 715 (9th Cir. 2020) ("A defendant is not required to file a new answer to an amended complaint when the allegations in the amended complaint do not 'change the theory or scope of the case.'")

**IT IS SO ORDERED**.

Dated: December 10, 2020

                                                          HON. MICHAEL M. ANELLO
                                                          United States District Judge