UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT McGRAW,<br><br>              Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, et al,<br><br>              Defendants. | Case No.: 3:20-cv-00954-MMA-KSC<br><br>**ORDER DENYING MOTION FOR CONTINUANCE OF SCHEDULING ORDER DEADLINES**<br><br>**[Doc. No. 51]** |

    Plaintiff, having recently amended his complaint to add Yardi Systems, Inc. ("Yardi") as a defendant, moves together with defendant Pacifica Ashwood LLC to continue the deadlines in the August 19, 2020 Scheduling Order. Doc. No. 51. The parties request all dates be continued by 120 days so that plaintiff may take discovery from Yardi. *Id.* at 4. However, the Court notes that Yardi has not yet appeared in this action, and therefore finds the parties' request for a continuance to be premature. Accordingly, the parties' request is DENIED WITHOUT PREJUDICE. The parties may renew their request for a continuance after Yardi has entered its appearance.

Dated: December 21, 2020

                                              Hon. Karen S. Crawford
                                              United States Magistrate Judge