YANA A. HART, Bar No. 306499
yana@kazlg.com
ALAN GUDINO, Bar No. 326738
alan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA  92108
Telephone:   619.233.7770
Facsimile:    800.520.5523

*Attorneys for Plaintiff*
RANDALL SCOTT MCGRAW

RYAN D. FISCHBACH, Bar No. 204406
rfischbach@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859

*Attorneys for Defendant*
YARDI SYSTEMS INC.

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT MCGRAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFICA ASHWOOD LLC; TRANSUNION, LLC; CONTEMPORARY INFORMATION CORP.; AND YARDI SYSTEMS, INC.<br><br>　　　　　Defendants. | Case No.: 3:20-CV-00954-MMA-KSC<br><br>[Assigned to the Hon. Michael M. Anello]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Local Rule 12.1]<br><br>Complaint served:　　12/14/20<br>Current response date:　01/04/21<br>New response date:　　01/25/21 |

1
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 3:20-CV-00954-MMA-KSC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDALL SCOTT MCGRAW ("Plaintiff") and Defendant YARDI SYSTEMS INC. ("Defendant"), by and through their respective attorneys that, pursuant to Local Rule 12.1 of the Southern District Local Rules, Defendant shall have an extension of time to respond to Plaintiff's First Amended Complaint, up to and including January 25, 2021, without prejudice to further extension upon written agreement.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Defendant YARDI SYSTEMS INC. was served with the complaint on December 14, 2020.

As such, Defendant's responsive pleading is currently due on January 4, 2021.

The parties agree and stipulate that Defendant's time to answer or otherwise respond to the First Amended Complaint shall be extended, pursuant to Local Rule 12.1, to and including January 25, 2021.

Respectfully submitted,

Dated:  December 29, 2020        **KAZEROUNI LAW GROUP, APC**

By:    */s/ Yana A. Hart*
           YANA A. HART

*Attorneys for Plaintiff*
RANDALL SCOTT MCGRAW

Dated:  December 29, 2020        **BAKER & HOSTETLER LLP**

By:    */s/ Ryan D. Fischbach*
           RYAN D. FISCHBACH

*Attorneys for Defendant*
YARDI SYSTEMS INC.

## **ATTESTATION**

All signatories listed, and on whose behalf the filing is submitted, concur in the filings' content and have authorized the filing.

*/s/ Ryan D. Fischbach*
Ryan D. Fischbach