# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT MCGRAW,<br><br>        Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, and YARDI SYSTEMS, INC.,<br><br>        Defendants. | Case No. 20-cv-954-MMA (KSC)<br><br>**ORDER FINDING MOOT PARTIES' JOINT MOTION FOR DISMISSAL**<br><br>[Doc. No. 53] |

  The parties jointly move to dismiss the action as to Defendant Transunion, LLC. *See* Doc. No. 53. However, Transunion, LLC has already been dismissed after the Court granted a joint motion for dismissal. *See* Doc. No. 19. The parties file this second motion for dismissal out of caution because Plaintiff's First Amended Complaint names Transunion, LLC in the caption but does not include allegations against it. *See* Doc. No. 53 at 2 n.1. Plaintiff erroneously named Transunion, LLC and Defendant Contemporary Information Corp. in the caption of his First Amended Complaint, and Plaintiff's claims against both of these Defendants remain dismissed pursuant to the previously filed joint

motion to dismiss (Doc. Nos. 18, 19) and notice of dismissal (Doc. No. 8), respectively. Accordingly, the Court finds the instant motion is **MOOT**.

    **IT IS SO ORDERED**.

Dated: January 4, 2021

                                           HON. MICHAEL M. ANELLO
                                           United States District Judge