UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT McGRAW,<br><br>  Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, et al,<br><br>  Defendants. | Case No.: 3:20-cv-00954-MMA-KSC<br><br>**ORDER VACATING SCHEDULING ORDER DEADLINES AND DENYING AS MOOT JOINT MOTION FOR CONTINUANCE**<br><br>**[Doc. No. 55]** |

Before the Court is plaintiff's and Pacifica Ashwood LLC's second request to continue the dates in the Court's August 19, 2020 Scheduling Order. Doc. No. 55. On December 10, 2020, plaintiff amended his complaint to add Yardi Systems, Inc. ("Yardi") as a defendant. Doc. No. 49. Yardi's response to the First Amended Complaint ("FAC") is due January 25, 2021. Doc. No. 57. In the meantime, the fact discovery cutoff as set in the current Scheduling Order will pass, and shortly thereafter the parties must designate experts, exchange expert reports, and begin preparing dispositive motions. *See* Doc. No. 29. Although the addition of a new party provides good cause to extend the current pretrial deadlines, the Court finds that the interests of judicial economy will be best served by vacating the current pretrial schedule. The Court will issue a revised Scheduling Order when Yardi's responsive pleading, if any, is on file.

/ /

Accordingly, the remaining dates in the August 19, 2020 Scheduling Order [Doc. No. 29] are hereby **VACATED**. The parties' Joint Motion for Continuance of Scheduling Order Deadlines [Doc. No. 55] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: January 6, 2021

Hon. Karen S. Crawford
United States Magistrate Judge