UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT McGRAW,<br><br>                 Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, et al,<br><br>                 Defendants. | Case No.: 3:20-cv-00954-MMA-KSC<br><br>**ORDER SETTING STATUS CONFERENCE** |

On January 6, 2021, the Court vacated the pretrial schedule pending defendant Yardi Systems, Inc.'s ("Yardi") response to plaintiff's First Amended Complaint. Doc. No. 58. Yardi has now answered the First Amended Complaint. Doc. No. 59. Therefore, **IT IS HEREBY ORDERED THAT** the Court will hold a telephonic status conference with counsel on **February 12, 2021** at **11:00 a.m.** To participate in the conference, counsel should call 1-877-873-8017 and use access code 2924630. Parties may, but are not required to, attend the conference.

**IT IS FURTHER ORDERED THAT** on or before February 8, 2021, the parties shall submit a Joint Status Report to the Court of no more than 6 pages, describing:

    a) the discovery that has been completed and the discovery that remains to be done, including any expert discovery;

//

      b) any motions the parties anticipate filing within the next 30 days;

      c) the status of the parties' settlement discussions, including whether the parties wish to participate in a Court-facilitated settlement conference at this time; and

      d) any other matter the parties wish to bring to the Court's attention.

The Joint Status Report need not be filed and may be submitted directly to the undersigned's Chambers at efile_Crawford@casd.uscourts.gov.  Any questions regarding the Joint Status Report or the status conference may be directed to the undersigned Magistrate Judge's Chambers at 619-446-3964.

**IT IS SO ORDERED.**

Dated:  January 28, 2021

                                        Hon. Karen S. Crawford
                                        United States Magistrate Judge