**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL SCOTT MCGRAW,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFICA ASHWOOD LLC, and YARDI SYSTEMS, INC.,<br><br>    Defendants. | Case No. 20-cv-954-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 67] |

The remaining parties jointly move to dismiss the action with prejudice. *See* Doc. No. 67. Good cause appearing and pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court **GRANTS** the parties' joint motion and **DISMISSES** this action with prejudice. The Court **DIRECTS** the Clerk of Court to close the case in its entirety. Each party bears its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: May 18, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge